**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JOHN L. PRISQUE, | : | CIVIL ACTION NO. 14-1213 (MLC) |
| Petitioner, | : | **MEMORANDUM OPINION** |
| v. | : | |
| UNITED STATES OF AMERICA, | : | |
| Respondent. | : | |

By an order dated March 14, 2016, the Court gave John L. Prisque thirty days to inform the Court whether he intended to withdraw and abandon his argument that he received ineffective assistance of counsel concerning his plea options in his underlying criminal matter.  (<u>See</u> dkt. 21.)  That order was issued based upon a letter, dated February 19, 2016, received by the Court from Mr. Prisque.  (<u>See</u> dkt. 20.)

Forty-five days have now elapsed.  The Court has received no response from Mr. Prisque.  Therefore, for good cause appearing, the Court intends to dismiss Mr. Prisque's petition in its entirety.  The Court will issue an appropriate order and judgment.

    s/ Mary L. Cooper
**MARY L. COOPER**
United States District Judge

**Dated:**  April 28, 2016